This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**MARK E. MONTOYA,**

    **Plaintiff-Appellee,**

**v.**                                                                                       **No. 33,512**

**REISHA WHITCHURCH, and**
**JOSEPH A. NARVAIZ,**

    **Defendants-Appellants.**

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sarah M. Singleton, District Judge**

Mark E. Montoya
Rio Rancho, NM

Pro Se Appellee

Reisha M. Whitchurch
Santa Fe, NM

Joseph A. Narvaiz
Santa Fe, NM

Pro Se Appellants

**MEMORANDUM OPINION**

**FRY, Judge.**

{1} Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

{2} **IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**MICHAEL E. VIGIL, Judge**